```
                                                          FILED
                                                          JUN 1 5 2011
UNITED STATES DISTRICT COURT            Clerk, U.S. District & Bankruptcy
FOR THE DISTRICT OF COLUMBIA            Courts for the District of Columbia
```

| | |
|---|---|
| Toni Patricia Irons Burley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 11 1091 |
| ) | |
| United States Government *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Kingston, New York, sues the United States, President Barack Obama "and administration," and the State of New York. She seeks $60 million "and property and land back." Compl. at 3. In the complaint, plaintiff mentions fraud, bribery, conspiracy, and constitutional violations, but she states no coherent facts to provide any notice of a claim. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June \_\_\_\_, 2011

_____
United States District Judge